# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 468 WAL 2014
:
           Respondent : 
:
            : Petition for Allowance of Appeal from the
            : Order of the Superior Court
        v. :
:
:
:
JEFFREY R. RITENOUR, :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of March, 2015, the Petition for Allowance of Appeal is

**DENIED**.